■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON L. DAVIS, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered March 12, 2007. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.